**ORDERED ACCORDINGLY.**

Dated: November 09, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24706/0983567616840000

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Pavel Dragomir and Ana L. Dragomir<br>   Debtors.<br>―――――――――――――――<br>M&I Marshall & Ilsley Bank<br>   Movant,<br> vs.<br><br>Pavel Dragomir and Ana L. Dragomir, Debtors, Jill H. Ford, Trustee.<br><br>   Respondents. | No. 2:09-bk-21368-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 21, 2007 and recorded in the office of the Maricopa County Recorder wherein M&I Marshall & Ilsley Bank is the current beneficiary and Pavel Dragomir and Ana L. Dragomir have an interest in, further described as:

> The South 150 feet of the following described parcel: The Southwest quarter of the Northwest quarter of the Southeast quarter of the Southeast quarter of the Southeast quarter of Section 29, Township 4 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;
>
> EXCEPT the East 131.50 feet thereof.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT